IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )  Cr. No. 2:23-cr-251
) District Judge Stickman
vs ) Magistrate Judge Dodge
)
Charles W. Lantzman )
)
)

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Neel Kapur                Time: 10:00 am – 10:04 am
Government: James Wilson                   By Video: ✗

1. Date of Arraignment: 12/13/2023
2. Defendant is: _____ incarcerated.
                 ✓ on bond.
3. Defendant entered a plea of NOT GUILTY.                   * oral motion for
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.  ext. (45 days)
5. A Rule 16 conference:        ✓   has been held.           * granted  1/29/2024
                                    has not been held.
6. Discovery is _____ completed   ✓ _____ not completed.
7. Defendant has requested to be tried by:  ✓ Jury
                                            ___ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   ✓           has not been scheduled for trial, but will be notified.
9. Estimated trial length: 4 days / 3 days
10. Defendant: ✓  has been processed by U.S. Marshal.
              ___ has not been processed by U.S. Marshal, but has been advised to be processed.

United States Magistrate Judge